DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MAZZOTTA SR., VINCENT A. | ) | CASE NO. 2-08-bk-11673-RTB |
| MAZZOTTA, CATHERINE, | ) | |
| | ) | |
| | ) | AMENDED PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 7 | eCAST Settlement Corporation assignee of HSBC BankNevada and its Assigns POB 35480 Newark NJ 07193-5480 | $4.40 |
| 8 | eCAST Settlement Corp Assignee of HSBC Bank Nevada Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | $3.13 |

*June 4, 2010*                                              */s/ David M. Reaves*
DATE                                                         David M. Reaves, Trustee